IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BREY CORP., t/a Hobby Works, ) <br> On behalf of itself and all others similarly ) <br> Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LQ MANAGEMENT L.L.C. ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action No. 8::11-cv-00718-AW |

**CONSENT MOTION TO MODIFY THE**
**INITIAL SCHEDULING ORDER**

The undersigned counsel of record for Plaintiff Brey Corporation and Defendant LQ Management L.L.C. (incorrectly named as LQ Management, L.L.C.) respectfully request that this Honorable Court modify its November 1, 2011 Scheduling Order and issue a new Scheduling Order as set forth below:

1. This is a putative class action, which requires a schedule that accommodates the need for briefing and a hearing on dispositive motions and on class certification prior to pretrial procedures and a trial setting. In addition, due to the complexity of the claims and issues, the anticipated need for discovery and investigation, and the likelihood that there will be multiple experts on class certification issues, as well as the merits, the parties agree that additional time is required to complete discovery, provide expert disclosures and to file dispositive motions prior to briefing on class certification.

2. Counsel for all parties have agreed upon the proposed deadlines as follows:

| | |
|---|---|
| December 30, 2011 | Deadline for joinder of additional parties and amendment of pleadings |
| March 16, 2012: | Plaintiff's Rule 26(a)(2) disclosures |
| April 27, 2012: | Defendant's Rule 26(a)(2) disclosures |
| May 11, 2012: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| May 18, 2012: | Rule 26(e)(2) supplementation of disclosures and responses |
| June 8, 2012: | Discovery deadline; submission of status report |
| June 29, 2012: | Dispositive motions due on named plaintiff's claims |
| August __, 2012 at _____ __.m.: | Hearing on dispositive motions |
| August 31, 2012: | Motion for Class Certification due |
| September 28, 2012: | Opposition to Motion to Class Certification |
| October 12, 2012: | Reply brief on Motion for Class Certification |
| October __, 2012 at _____ __.m.: | Hearing on Motion for Class Certification |

3. The parties request the Court to set a status conference following the ruling on class certification at which further deadlines can be discussed.

4. WHEREFORE, for the above-stated reasons, counsel for all parties respectfully request that the Current Scheduling Order issued by this Court be modified as set forth above.

2

Dated: November 15, 2011          Respectfully submitted,

                                             _____/s/_____
                                             Stephen H. Ring (Bar No. 00405)
                                             STEPHEN H. RING, P.C.
                                             506 Main Street, Suite 215
                                             Gaithersburg, MD  20878
                                             (301) 563-9249
                                             (301) 563-9639 (fax)
                                             shr@ringlaw.us

                                             Attorneys for Plaintiff
                                             *Brey Corporation*


                                             _____*/s/*_____
                                             Terri S. Reiskin (Bar No. 05256)
                                             treiskin@dykema.com
                                             DYKEMA GOSSETT PLLC
                                             1300 I Street, N.W.
                                             Suite 300 West
                                             Washington, DC 20005
                                             (202) 906-8609
                                             (202) 906-8669 (fax)

                                             Attorneys for Defendant,
                                             *LQ Management L.L.C.*

DC01\174056.1
ID\TSR - 106850/0138

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| BREY CORP., t/a Hobby Works, On behalf of itself and all others similarly Situated, ) ) ) | |
| Plaintiffs, ) | Civil Action No. 8::11-cv-00718-AW |
| v. ) ) | |
| LQ MANAGEMENT L.L.C. ) ) | |
| Defendant. ) ) ) | |

## ORDER

Upon consideration of the Consent Motion to Modify the Initial Scheduling Order, and the entire record herein, it is this _____ day of November, 2011,

**ORDERED**, that the Consent Motion to Modify the Initial Scheduling Order is hereby GRANTED; and it is further,

**ORDERED,** that the following deadlines are now applicable to this case:

| | |
|---|---|
| December 30, 2011 | Deadline for joinder of additional parties and amendment of pleadings |
| March 16, 2012: | Plaintiff's Rule 26(a)(2) disclosures |
| April 27, 2012: | Defendant's Rule 26(a)(2) disclosures |
| May 11, 2012: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| May 18, 2012: | Rule 26(e)(2) supplementation of disclosures and responses |
| June 8, 2012: | Discovery deadline; submission of status report |
| June 29, 2012: | Dispositive motions due on named plaintiff's claims |

| | |
|---|---|
| August __, 2012 at _____ __.m.: | Hearing on Dispositive motions |
| August 31, 2012: | Motion for Class Certification due |
| September 28, 2012: | Opposition to Motion to Class Certification |
| October 12, 2012: | Reply brief on Motion for Class Certification |
| October __, 2012 at _____ __.m.: | Hearing on Motion for Class Certification |

The Court will set a status conference to address further scheduling, as needed, after a ruling on the Motion for Class Certification.

_____
Alexander Williams
United States District Judge

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November, 2011, a copy of the foregoing Consent Motion To Modify The Initial Scheduling Order was electronically served upon the following counsel:

**Counsel for Plaintiff:**

| | |
|---|---|
| Stephen H. Ring<br>Stephen H. Ring, P.C.<br>506 Main Street, Suite 215<br>Gaithersburg, MD 20878 | Edward A. Broderick<br>Broderick Law, P.C.<br>727 Atlantic Ave., Second Floor<br>Boston, MA 02111 |

and via U.S. mail postage prepaid upon:

Matthew P. McCue
The Law Office of Matthew P. McCue
340 Union Ave.
Framingham, MA 01702

/s/
Terri S. Reiskin