# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BREY CORP. (t/a HOBBY WORKS) | * | |
| | * | |
| v. | * | Civil No. – JFM-11-718 |
| | * | |
| LQ MANAGEMENT LLC | * | |

******

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of January 2014

ORDERED

1. Plaintiff's motion for class certification (document 55) is denied; and

2. Defendant's motion to exclude the testimony and opinions of Robert B. Biggerstaff (document 59) is denied as moot.

\_\_/s/_____
J. Frederick Motz
United States District Judge