IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BREY CORP., t/a Hobby Works, On behalf of itself and all others similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 8:11-cv-00718 ) ) |
| v. | ) ) |
| LQ MANAGEMENT LLC | ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual and class claims against Defendant with prejudice, and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

PLAINTIFF,
By its attorney,

/s/ Edward A. Broderick
Edward A. Broderick
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02111
Phone: (508) 221-1510
anthony@broderick-law.com
*Pro Hac Vice*

Stephen H. Ring
STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878
Phone: (301) 563-9249
Fax: (301) 563-9639
shr@ringlaw.us

Dated: March 25, 2014

DEFENDANT,
By its attorney,

/s/ Terri S. Reiskin
Terri S. Reiskin, Bar No. 05256
DYKEMA GOSSETT, PLLC
1300 I Street, N.W.
Suite 300 West
Washington, DC  20005
Telephone: 202-906-8609
Email: treiskin@dykema.com

### Certificate of Service

The undersigned hereby certifies that on March 25, 2014, the foregoing was served on counsel of record through the CM/ECF System.

/s/ Edward A. Broderick
Edward A. Broderick